### 1125.   MILLER *v.* THE STATE.

RUSSELL, J.  This case is controlled by the decision of this court in *Jacobs* v. *State,* 1 *Ga. App.* 519 (1), (57 S. E. 1063).  A conviction for vagrancy is unauthorized where testimony that at certain times the defendant was seen not to work is opposed by positive and unimpeached testimony that he worked, especially where the evidence for the State wholly fails to show that he did not have visible means of support.

*Judgment reversed.*

Accusation of vagrancy, from city court of Ashburn—Judge Hawkins.   April 4, 1908.

Submitted May 5,—Decided May 18, 1908.

*R. L. Tipton,* for plaintiff in error.

*J. A. Comer, solicitor,* contra.

### 1126.   ROGERS *v.* THE STATE.

POWELL, J.  In order to convict a minor between the ages of sixteen and twenty-one years, of the offense of vagrancy, under the act of August 7, 1903 (Georgia Laws 1903, p. 46), the State must allege and prove, in addition to the usual allegations, that the minor's parents were unable to support him, and that he was not in attendance upon an educational institution.  *Jacobs* v. *State,* 1 *Ga. App.* 519 (57 S. E. 1063); *Turner* v. *State,* 2 *Ga. App.* 386 (58 S. E. 492); *Collins* v. *State,* 125 *Ga.* 15 (53 S. E. 809); *Braswell* v. *State,* 119 *Ga.* 72 (45 S. E. 963).

*Judgment reversed.*